PD-0802-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/29/2015 5:45:51 PM
Accepted 7/1/2015 1:59:45 PM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| ANTHONY MANGIAFICO | * | IN THE COURT OF CRIMINAL |
| V. | * | APPEALS OF TEXAS |
| THE STATE OF TEXAS | * | AT AUSTIN, TEXAS |

_____

ON PETITION FOR DISCRETIONARY REVIEW IN CAUSE
NO. 05-13-01490-CR FROM
THE COURT OF APPEALS FOR THE FIFTH DISTRICT
AT DALLAS, TEXAS

_____

**MOTION TO EXTEND THE TIME FOR FILING THE
APPELLANT'S PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the Appellant, by and through his attorney of record, Jeff P. Buchwald, and respectfully requests that the time for the filing of the Appellant's petition for discretionary review in the above-styled and numbered cause be extended. In support of this motion the appellant would show the court the following:

FILED IN
COURT OF CRIMINAL APPEALS

I.

July 1, 2015

ABEL ACOSTA, CLERK

In Cause Nos. F-12-28019 (Dallas County), the appellant was indicted

1

for Capital Murder in violation of section 19.03 of the Texas Penal Code. The Appellant plead not guilty and a jury trial was held. The jury found the Appellant guilty as charged on August 16, 2013 in the 194th Criminal District Court of Dallas County, Texas. The Appellant was sentenced to life imprisonment on August 16, 2013. A Motion for new trial was filed on August 16, 2013. Notice of Appeal was perfected on August 16, 2013. The trial court's certification of defendant's right to appeal was also signed by the trial court on August 16, 2013.

II.

On May 18, 2015 the Court of Appeals for the Fifth District at Dallas, Texas affirmed the trial court's judgment in F1228019-M and overruled Appellant's two points of error.

III.

The present deadline for filing the appellant's Petition for Discretionary Review was June 17, 2015. Appellant respectfully requests an extension of time, pursuant to Texas Rule of Appellate Procedure 68.2(c), of 90 days from the current deadline - until September 15, 2015 in which to file

his Petition.

IV.

No previous extension of time has been granted.

V.

The appellant would show the Court that a reasonable explanation exists for the requested extension. The facts on which the appellant relies to reasonably explain the need for the extension are as follows:

Appellant's current counsel was appointed and appellant has not had sufficient time to come up with the funds to hire an attorney or to file said petition pro se and therefore needs the additional time to file his Petition for Discretionary Review. Appellant respectfully requests an additional 90 days from the current due date within which to file said Petition for Discretionary Review.

WHEREFORE PREMISES CONSIDERED, the Appellant respectfully requests that the time for the filing of the appellant's Petition for Discretionary Review be extended to September 15, 2015.

Respectfully submitted,


/S/ Jeff P. Buchwald
Jeff P. Buchwald
Attorney at Law
State Bar No. 03293300
305Spring Creek Village #538
Dallas, Texas 75248
Buchwald7@msn.com
(972) 788-5016


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was sent by via electronic filing and United States Mail, to the State Prosecuting Attorney, P.O. Box 12405 Austin, Texas 78711 and hand delivered to Susan Hawk, Criminal District Attorney of Dallas County, Texas 133 N. Industrial Boulevard, LB-19 Dallas, Texas 75207-4399 on the 29th day of June, 2015.


/S/ Jeff P. Buchwald
Jeff P. Buchwald